IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01746-WYD-BNB

ELAINE SPENCER MARR, and
ELLIOTT PAUL MOORE,

Plaintiffs,

v.

LARRY H. HUGHES,
TOMMIE R. HUGHES, and
THE COLORADO DEPARTMENT OF TRANSPORTATION,

Defendants.
_____

## ORDER
_____

This matter is before me on a paper filed by plaintiff Elaine Marr entitled **Petitioners** [sic] **Response to Defendant Colorado Department of Transportation's Motion to Dismiss Together with Petitioners' Motion for Summary Judgment** [Doc. #13, filed 10/10/07] (the "Paper"). The Paper is both a response to the defendant's motion to dismiss and a motion for summary judgment. "A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper." D.C.COLO.LCivR 7.2C. In addition, the Paper is submitted on behalf of both plaintiffs, but it is signed only by Ms. Marr. Ms. Marr may not file papers on behalf of plaintiff Elliott Moore. Accordingly,

IT IS ORDERED that the Paper is STRICKEN.

IT IS FURTHER ORDERED that on or before October 31, 2007, the plaintiffs shall file a response to Defendants Larry and Tommie Hughes' Motion to Dismiss [Doc. # 7, filed 9/10/07]

and a response to Defendant Colorado Department of Transportation's Motion to Dismiss [Doc. # 8, filed 9/10/07].

Dated October 18, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge