IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01746-WYD-BNB

ELAINE SPENCER MARR, and
ELLIOTT PAUL MOORE,

Plaintiffs,

v.

LARRY H. HUGHES,
TOMMIE R. HUGHES, and
THE COLORADO DEPARTMENT OF TRANSPORTATION,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Doc. #16**, which is a letter filed by plaintiff Elaine Marr on October 30, 2007 (the "Letter"). The plaintiff asserts that she did not receive a copy of Defendants Larry and Tommie Hughes' Motion to Dismiss [Doc. #7]. She further asserts that, in lieu of filing a response to the Motion to Dismiss, "it should be sufficient for the Court to read the Transcript" which she submitted with the Complaint.

It is not the Court's duty to search a 288 page transcript for testimony which supports the plaintiffs' claims. See Gross v. Burggraf Construction Co., 53 F.3d 1531, 1546 (10th Cir. 1995). It is the litigants' responsibility to provide the court with concise arguments and specific citations to authorities and supporting evidence. Toth v. Gates Rubber Co., 2000 WL 796068, *8 (10th Cir. 2000).

In addition, "[a]n application to the court for an order shall be by motion which . . . shall

state with particularity the grounds therefor, and shall set forth the relief or order sought. . . . The rules applicable to captions and other matters of form of pleadings apply to all motions and other papers provided for by these rules." Fed.R.Civ.P. 7(b). The plaintiff submits her application to the Court in the form of a letter, not in the form of a motion. Accordingly,

IT IS ORDERED that the relief sought in the Letter is DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court shall mail a copy of Defendants Larry and Tommie Hughes' Motion to Dismiss [Doc. #7] to the plaintiff with this Order.

IT IS FURTHER ORDERED that on or before November 30, 2007, the plaintiffs shall file a response to Defendants Larry and Tommie Hughes' Motion to Dismiss.

IT IS FURTHER ORDERED that, in the future, all applications to the Court for relief shall be submitted in the form of a motion.

Dated November 7, 2007.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge