IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01746-WYD-BNB

ELAINE SPENCER MARR, and
ELLIOTT PAUL MOORE,

Plaintiffs,

v.

LARRY H. HUGHES,
TOMMIE R. HUGHES, and
THE COLORADO DEPARTMENT OF TRANSPORTATION,

Defendants.
_____

## ORDER
_____

      This matter is before me on **Doc. #20**, which is a letter filed by plaintiff Elaine Marr on October 30, 2007 (the "Letter"). The Letter is addressed to me. The plaintiff does not certify that copies of the Letter were served on the other parties or their attorneys.

      The local rules of this Court prohibit ex parte communication with judicial officers:

> In the absence of previous authorization, no attorney or party to
> any proceeding shall send letters, pleadings or other papers or
> copies directly to a judicial officer. Unless otherwise instructed, all
> matters to be called to a judicial officer's attention shall be
> submitted through the clerk, with copies served on all other parties
> or their attorneys.

D.C.COLO.LCivR 77.2.

      Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed.R.Civ.P. 5. Rule 5 provides:

> Every order required by its terms to be served, every pleading subsequent to the original complaint unless the court otherwise orders because of numerous defendants, every paper relating to discovery required to be served upon a party unless the court otherwise orders, every written motion other than one which may be heard ex parte, and every written notice, appearance, demand, offer of judgment, designation of record on appeal, and similar paper shall be served upon each of the parties.
>
> * * *
>
> All papers after the complaint required to be served upon a party, together with a certificate of service, shall be filed with the court within a reasonable time after service.

Fed.R.Civ.P. 5(a) and (d).

Service upon other parties may be by mail. Proof that service has been made is provided by a certificate of service. This certificate should be filed along with the original papers and should show the day and manner of service.

In addition, "[a]n application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought. . . . The rules applicable to captions and other matters of form of pleadings apply to all motions and other papers provided for by these rules." Fed.R.Civ.P. 7(b).

The plaintiff submits her application to the Court in the form of a letter, not in the form of a motion. Accordingly,

IT IS ORDERED that the Letter is STRICKEN.

Dated November 7, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge